**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐    7th    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐           Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Mark A. Bertram     JOINT DEBTOR:     CASE NO.: 16-12123 BKC RBR
Last Four Digits of SS# xxx-xx- 1949     Last Four Digits of SS# xxx-xx-     Case Filed On: 02/16/2016

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.      $ 2414.50 for months 1 to 4 ;
    B.      $ 5608.19 for months 5 to 10 ;
    C.      $ 5118.69 for months 11 to 60 ; in order to pay the following creditors:

Administrative:    Safe Harbor Attorney's Fee    $ 3,500.00    Plus filing fees and costs
               Motion(s) to Value Real Property    $ 1550.00
               MMM Fee    $ 2,500.00    Plus costs
               Total Attorney's Fees Owed    **$ 7,550.00**
               Total Paid Direct by Client    $ 3,000.00    Plus filing fees and costs
               Balance Due    **$ 4,550.00**    payable $ 455.00 /month (Months 1 to 10 )
                                                                payable $ 0.00 /month (Month 0 ).

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.      US Bank National      Arrearage on Petition Date $ 140,886.55
         425 Walnut Street      Arrears Payment    $ 640.00 /month (Months 1 to 4 )
         Cincinnati, OH 45202-3956      Arrears Payment    $ 2470.12 /month (Months 5 to 60 )
                                  Regular Payment    $ 1100.00 /month Months 1 to 4)
                                  Regular Payment    $ 2173.23 /month Months 5 to 60)

Account No:    2002 / 8090

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Florida Housing Finance Corp.<br>227 N Bronough St<br># 5000,<br>Tallahassee, FL 32301 | Homestead located at 2048 SW 117th Avenue<br>Miramar, FL 33025<br>$ 326,930.00 | N/A | N/A | N/A | The third mortgage is wholly unsecured, and will be deemed satisfied upon completion of plan payments and issuance of a discharge in this proceeding |
| PNC Bank / National City Bank<br>249 Fifth Avenue<br>One PNC Plaza<br>Pittsburgh, PA 15222 | Homestead located at 2048 SW 117th Avenue<br>Miramar, FL 33025<br>$ 326,930.00 | N/A | N/A | N/A | The second mortgage is wholly unsecured, and will be deemed satisfied upon completion of plan payments and issuance of a discharge in this proceeding |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due    $
                                      Payable      $_____/month  (Months____ to ___)

Unsecured Creditors:    Pay $ 0.00  /month  (Months 1  to 10 ).
                                  Pay $ 10.00  /month  (Months 11  to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

As of the date of filing, Debtor is current with his HOA payments to Village of Renaissance and will continue to pay directly.

The Debtors attempts at a mortgage modification with US National were unsuccessful. Debtors will now cure the arrearages on their homestead real property in an attempt to retain.

Debtor(s) shall provide copies of yearly tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case in the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan upto 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

       /s/
Chad T Van Horn, Esq.
With client's knowledge and consent

Date: September 1, 2016